UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | **CASE NO. 8:10CR203** |
| **Plaintiff,** | ) | |
| vs. | ) | **FINAL ORDER OF FORFEITURE** |
| **HOVIK FITERZ,** | ) | |
| **Defendant.** | ) | |

This matter is before the Court on the United States' Motion for Final Order of Forfeiture (Filing No. 73). The Court reviews the record in this case and, being duly advised in the premises, finds as follows:

1. On April 28, 2011, the Court entered a Preliminary Order of Forfeiture pursuant to the provisions of Title 21, United States Code, Sections 841(a)(1) and (b)(1), and 853, based upon the Defendant's plea of guilty to Count I and the Forfeiture Allegation of the Indictment filed herein. By way of said Preliminary Order of Forfeiture, the Defendant's interest in a 1997 Freightliner semi truck, VIN 1FUYD2YB7VP759821, and a 2001 Utility Trailer, VIN 1UYV525301U268847, were forfeited to the United States.

2. Notice of Criminal Forfeiture was posted on an official internet government forfeiture site, www.forfeiture.gov, for at least thirty consecutive days, beginning on April 29, 2011, as required by Rule G(4)(a)(iii)(B) of the Supplemental Rules for Admiralty or Maritime Claims and Asset Forfeiture Actions. A Declaration of Publication was filed herein on July 13, 2011 (Filing No. 72).

3. The Court has been advised by the United States no Petitions have been filed. From a review of the Court file, the Court finds no Petitions have been filed.

IT IS THEREFORE ORDERED:

A.  The Plaintiff's Motion for Final Order of Forfeiture (Filing No. 73) is hereby sustained.

B.  All right, title and interest in and to the 1997 Freightliner semi truck, VIN 1FUYD2YB7VP759821, and the 2001 Utility Trailer, VIN 1UYV525301U268847, held by any person or entity, are hereby forever barred and foreclosed.

C.  The 1997 Freightliner semi truck, VIN 1FUYD2YB7VP759821, and the 2001 Utility Trailer, VIN 1UYV525301U268847, be, and the same hereby are, forfeited to the United States of America .

D.  The United States Marshal for the District of Nebraska is directed to dispose of said property in accordance with law.

Dated this 14th day of July, 2011.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge