## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>　　　　　　　　　　**Plaintiff,**<br><br>**vs.**<br><br>**HOVIK FITERZ**<br><br>　　　　　　　　　　**Defendant.** | **8:10CR203**<br><br>**JUDGMENT** |

For the reasons discussed in the Memorandum and Order of this date,

IT IS ORDERED:

1. The Court completed initial review of the Defendant's Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody ("§ 2255 Motion");

2. The § 2255 Motion, ECF No. 108, is summarily dismissed;

3. The Clerk will mail a copy of this Memorandum and Order to the Defendant at the Defendant's last known address.

Dated this 4th day of April, 2017.

　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　s/ Laurie Smith Camp
　　　　　　　　　　　　　　　　　　　Chief United States District Judge